

June 21, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Rainey v. Outdoor Hub, LLC (1:20-cv-3664-PKC)*

Dear Judge Castel,

We represent Plaintiff, Joshua Rainey, in the above in-captioned case. The parties are starting to discuss settlement and are hopeful a settlement can be reached. We respectfully request that the initial conference scheduled June 24, 2020 be adjourned 30 days so that the parties have time to settle the matter. This is the first request of an adjournment of the initial conference.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Joshua Rainey*

Conference adjourned from June 24, 2020 to July 27, 2020 at 2:00pm.

No later than seventy-two hours before the conference, plaintiff(s)' counsel shall:
(a) docket a letter on ECF to the Court with copy to all opposing counsel containing the call-in information and email the letter to castelnysdchambers@nysd.uscourts.gov; and

(b) for an initial pretrial conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov.

SO ORDERED.
June 22, 2020

_____
P. Kevin Castel
United States District Judge

