

July 23, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Rainey v. Outdoor Hub, LLC (1:20-cv-3664-PKC)*

Dear Judge Castel,

We represent Plaintiff, Joshua Rainey, in the above in-captioned case. The parties are close to a settlement and are hopeful a settlement can be reached very soon. We respectfully request that the initial conference scheduled July 27, 2020 be adjourned 30 days so that the parties have more time to settle the matter.

The Court's consideration is much appreciated.

                          Respectfully submitted,

                          /s/Richard Liebowitz
                          Richard P. Liebowitz

                          *Counsel for Plaintiff Joshua Rainey*

---

Initial conference is adjourned from July 27, 2020 to August 27, 2020 at 2:00 p.m.
SO ORDERED.
Dated: 7/24/2020

P. Kevin Castel
United States District Judge