

October 8, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Rainey v. Outdoor Hub, LLC (1:20-cv-3664-PKC)*

Dear Judge Castel,

We represent Plaintiff, Joshua Rainey, in the above in-captioned case. The parties are still discussing settlement. We respectfully request the initial conference scheduled for October 13, 2020 be adjourned 45 days to see if the parties can reach a settlement.

The Court's consideration is much appreciated.

                                      Respectfully submitted,

                                      /s/Richard Liebowitz
                                      Richard P. Liebowitz

                                      *Counsel for Plaintiff Joshua Rainey*

Conference is adjourned from October 13, 2020 to December 2, 2020 at 5 p.m. Call-in information is:
Dial-in: (888) 363-4749, Access Code: 3667981.
SO ORDERED.
Dated:  10/8/2020

                                      P. Kevin Castel
                                      United States District Judge